IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Scott Fonseca        2793747      )
(full name)          (Register No). )
Jallen Looney        2716120       )
Jerod LaMonte Marshall 2728352    )        13-3295-CV-S-JFM-P
Roosevelt Simpson    128557       )
          Plaintiff(s).            )        Case No. _____
ALIEU, BARRIE CFN# 2708792        )
Maurice, Jones CFN# 2495292       )
v.                                )
                                  )
                                  )
Jim Arnot                         )        Defendants are sued in their (check one):
(Full name)                       )        ___ Individual Capacity
Various Deputies                  )        ___ Official Capacity
_____)        ✓ Both
          Defendant(s).

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I.   Place of present confinement of plaintiff(s): Greene County Justice Center Springfield, Missouri;

II.  Parties to this civil action:
     Please give your commitment name and any another name(s) you have used while incarcerated.

     A. Plaintiff Scott Ryan Fonseca              Register No. cfn# 2793747  BoP# 12366-031
        Address 1000 North Boonville; Springfield, Missouri; 65802
                Greene County Justice Center

     B. Defendant Sheriff Jim Arnot and Deputies

        Is employed as Springfield Missouri, Greene County

     For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ___ No ✓

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $10,000,000 /10,000,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
n/a

D. If you have not filed a grievance, state the reasons.
It is the policy of the sheriff to not allow the deputies to give grievance to the inmates. I have made several attempts to use the grievance process but have been refused.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
    (Plaintiff)           (Defendant)
(2) Date filed: _____

2

Case 6:13-cv-03295-JFM   Document 1   Filed 07/24/13   Page 2 of 5

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
                (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
                (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

We have been discreminated against because of our Religion. On several occasions we have been denied congregational prayer on Friday. We are being denied Religious material such as Qurans and Hadith etc... because of the policy and procedure of the Sheriff and the Administration. We are not recieving our meals until 10:30 pm when we should be getting them at 8:00 pm so that we can break our fast. We are being punished for trying to clean ourselves before we pray. We are not given the proper place or space to pray in our cells because of overcrowding.

B. State briefly your legal theory or cite appropriate authority:
By Religious Land Use and Institutionalized Persons Act (RLUIPA) Title 4 USC 2000; And the Bill of Rights of the United States Constitution this institution is violating several fundamental practices of a Common Religion. The policy and procedure of the Greene County Sheriffs Department is designed to prejudice and discreminate against any religion not christain in nature. Therefore being a muslim in this facility is causing us cruel and unusual punishment and anguish.

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

Make it a order that Green County Justice Center change and correct it's policy and procedure to better provide the Muslims their Religious practices, and award money for the defendants to pay the muslims that have suffered behind the treatment that was done to them.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. Abdul Wahid + The Islamic Center of Springfield Missouri, 2151 E. Division P.O. Box 5688, Springfield Missouri, 65801

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes___ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court? Yes___ No ✓

If your answer is "Yes," state the name and address of the lawyer.

_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _____ day of _____ 20__.

_Scott Fonseca_ #2793747
Signature(s) of Plaintiff(s)

_Jud Marshall_ #2728352

_Roosevelt Lyons_

_J. Vatoany_ 2715120

_Alieu Barrie_ CFN# 2708792

_Maurice Jones_ CFN# 2495292

GREENE COUNTY JUSTICE CENTER
1000 N Boonville
Springfield MO. 65802

Scott Fonseca
Inmate Name

2713747

RECEIVED
2013 JUL 24 PM 1:
CLERK, U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

LEGAL MAIL

U.S. District Court
office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, Mo. 64106

SPRINGFIELD MO 658
22 JUL 2013 PM 2

Case 6:13-cv-03295-JFM   Document 1   Filed 07/24/13   Page 5 of 5